## THORN ET AL. *v.* HARRISBURG TRUST CO.

No. 557. Decided January 18, 1965.

*Harry S. Shapiro* for appellants.

*Samuel A. Schreckengaust, Jr.*, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## WINSHIP ET AL. *v.* CITY OF CORPUS CHRISTI, TEXAS.

No. 563. Decided January 18, 1965.

*Sidney P. Chandler* for appellants.

*I. M. Singer* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.